**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel H. Sari (State Bar No. 362634)
165 Broadway, Fl. 23
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
nathaniel@gucovschilaw.com

*Attorneys for Plaintiff and the Putative Class*

**POTOMAC LAW LLP**
Sweta H. Patel (CA State Bar No. 247115)
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
Telephone: (415) 741-3498
E-Mail: spatel@potomaclaw.com

*Attorneys for Defendant Babo Botanicals Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Grace Greenbach, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Babo Botanicals Inc.<br><br>Defendant. | Case No. 5:26-cv-03241-EJD<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward J. Davila<br>Complaint Filed: April 16, 2026<br>Trial Date: None set |

Plaintiff Grace Greenbach ("Plaintiff") and Defendant Babo Botanicals Inc. ("Defendant") (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree, subject to the Court's approval, as follows:

**RECITALS**

1. Plaintiff filed the Complaint in this action on April 16, 2026 (Dkt. 1).

2. On July 13, 2026, the Court entered an order (Dkt. 16) continuing the Initial Case Management Conference to October 29, 2026, vacating the July 10, 2026 deadline to file a Joint Case Management Statement, and extending Plaintiff's deadline to serve Defendant under Federal Rule of Civil Procedure 4(m) to and including August 29, 2026.

3. By separate stipulation filed concurrently herewith (the "Amendment Stipulation"), the Parties have stipulated, subject to the Court's approval, that Plaintiff shall have leave to file a First Amended Complaint on or before October 16, 2026, and that Defendant's deadline to answer, move against, or otherwise respond to the operative complaint is extended as follows: (a) if Plaintiff files a First Amended Complaint on or before October 16, 2026, Defendant shall have twenty-one (21) days after service of the First Amended Complaint to answer, move against, or otherwise respond; and (b) if Plaintiff does not file a First Amended Complaint by October 16, 2026, Defendant's deadline to answer, move against, or otherwise respond to the original Complaint is extended to and including October 16, 2026.

4. Defendant has indicated its intention to move to dismiss the operative complaint.

5. Given the pendency of Plaintiff's anticipated amendment and Defendant's anticipated motion to dismiss, the scope of the operative pleading will not be settled by October 29, 2026, and case management matters that depend on the operative pleading, including a discovery plan and scheduling, cannot meaningfully be addressed until that motion is resolved.

6. Good cause exists for the requested continuance because it will avoid the need for successive continuances, promote efficiency, and conserve the resources of the Parties and the Court.

7. Other than the Court's July 13, 2026 Order (Dkt. 16) and the Amendment Stipulation referenced above, there have been no other stipulated or Court-ordered modifications of case deadlines to date.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel, subject to the Court's approval, as follows:

1. The Initial Case Management Conference, currently set for October 29, 2026, is continued to January 21, 2027, at 10:00 a.m., or as soon thereafter as the matter may be heard.

2. The Parties shall file a Joint Case Management Statement no later than 10 days prior to the continued Initial Case Management Conference, in accordance with Judge Davila's Standing Order for Civil Cases § IV.B and Civil Local Rule 16-9.

3. If Defendant's anticipated motion to dismiss remains pending as of the continued Initial Case Management Conference, the Parties shall meet and confer regarding a further continuance and shall advise the Court of the status of the motion in the Joint Case Management Statement.

4. This Stipulation does not alter any other date or deadline in this action, including those set forth in the Amendment Stipulation.

5. Nothing in this Stipulation shall be deemed a waiver of any claim, right, defense, or argument available to either Party.

6. This Stipulation may be executed in counterparts, including by electronic or facsimile signature, each of which shall be deemed an original.

IT IS SO STIPULATED.

Dated: September 17, 2026.

GUCOVSCHI LAW FIRM, PLLC

By: */s/ Nathaniel H. Sari*
Nathaniel H. Sari
Attorney for Plaintiff

Dated: September 17, 2026.

POTOMAC LAW, LLP

By: */s/ Sweta H. Patel*
Sweta H. Patel
Attorney for Defendant Babo Botanicals Inc.

Pursuant to Civil L.R. 5-1(i)(3), I, Nathaniel H. Sari, attest that concurrence in the filing of this document has been obtained from counsel for Defendant.

**DECLARATION OF NATHANIEL H. SARI IN SUPPORT OF STIPULATION**
**[Civil L.R. 6-2(a)]**

I, Nathaniel H. Sari, declare as follows:

1. I am an attorney duly licensed to practice before this Court and counsel of record for Plaintiff Grace Greenbach in this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

2. Reasons for the requested modification. Plaintiff seeks a continuance of the Initial Case Management Conference because the operative pleading is not yet settled: Plaintiff anticipates filing a First Amended Complaint, and Defendant has indicated its intention to move to dismiss the operative complaint. Case management matters that depend on the pleadings at issue, including a discovery plan and scheduling, cannot meaningfully be addressed until that motion is resolved. A continuance will avoid successive continuances and conserve the resources of the Parties and the Court.

3. Previous time modifications. The only previous modifications of deadlines in this action are (a) the Court's July 13, 2026 Order (Dkt. 16), which continued the Initial Case Management Conference from July 23, 2026 to October 29, 2026, vacated the July 10, 2026 deadline to file a Joint Case Management Statement, and extended Plaintiff's deadline to serve Defendant under Federal Rule of Civil Procedure 4(m) to and including August 29, 2026; and (b) the Amendment Stipulation referenced above. There have been no other modifications, whether by stipulation or Court order.

4. Effect on case schedule. The requested modification — continuing the Initial Case Management Conference from October 29, 2026 to January 21, 2027 — will not affect any other deadline in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 17, 2026, at Miami-Dade, Florida.

*/s/Nathaniel H. Sari*
Nathaniel H. Sari