**GUCOVSCHI LAW FIRM, PLLC**
Adrian Gucovschi (State Bar No. 360988)
Nathaniel H. Sari (State Bar No. 362634)
165 Broadway, Fl. 23
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com
nathaniel@gucovschilaw.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Grace Greenbach, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Babo Botanicals Inc.<br><br>Defendant. | Case No. 5:26-cv-03241-EJD<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward J. Davila<br>Complaint Filed: April 16, 2026<br>Trial Date: None set |

Having considered the Parties' Stipulation to Continue Initial Case Management Conference, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Initial Case Management Conference, currently set for October 29, 2026, is CONTINUED to January 21, 2027, at 10:00 a.m., or as soon thereafter as the matter may be heard.

2. The Parties shall file a Joint Case Management Statement no later than ten (10) days before the continued Initial Case Management Conference.

3. All other dates and deadlines in this action remain unchanged.

IT IS SO ORDERED:

Dated: ______________________________________

Hon. Edward J. Davila
United States District Judge